UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHAD FARLEY and <br> JESSICA FARLEY, <br>     Plaintiffs, <br> v. <br> WAYNE POTTER, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )     No.: 3:22-CV-127-TAV-DCP <br> ) <br> ) <br> ) <br> ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on July 19, 2024 [Doc. 136]. In the R&R, Judge Poplin recommends that the Court deny defendant Todd White's motion to dismiss [Doc. 68] without prejudice. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 136] pursuant to 28 U.S.C. § 636(b)(1). Defendant Todd White's motion to dismiss [Doc. 68] is hereby **DENIED without prejudice.**

IT IS SO ORDERED.

                                         s/ Thomas A. Varlan
                                         UNITED STATES DISTRICT JUDGE